

# UNITED STATES DISTRICT COURT

**Chambers of
Stephan P. Mickle
U.S. District Judge**

**Northern District of Florida
United States Courthouse
401 S. E. 1ˢᵗ Avenue
Gainesville, FL 32601-6805**

**Telephone
(352) 380-2742**

July 13, 2007

RECEIVED
2007 JUL 18 A 11: 21
FINANCIAL
DISCLOSURE OFFICE

Committee on Financial Disclosure
Administrative Office of the United
 States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

Re: Revised Financial Disclosure Report
Calendar Year, 2006

Dear Sir/Madam:

    In response to your letter of June 27, 2007, I submit to you the following information for the revision of my Financial Disclosure for calendar year, 2006:

1) *In Part VII, page 4, line 1 for "State of Retirement"*
   - Column B2 should indicate *"Retirement benefits"* as the "Type"
2) *In Part VII, page 4, lines 10 and 15 (IRA 1 & 2 - Income Fund of America)*
   - Lines 10 & 15 should indicate *"American Funds"* as the name of the investment company

If any further information is needed, please advise.

Sincerely,



Stephan P. Mickle
United States District Judge

SPM/rfb

RETURN RECEIPT/CERTIFIED MAIL



| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) MICKLE, STEPHAN P | 2. Court or Organization NORTHERN DISTRICT OF FLORIDA | 3. Date of Report 05/08/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address U.S. District Court 401 SE 1st Avenue, Suite 367 Gainesville, FL 32601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | University of Florida College of Law |
| 2. Board of Trustees | University of Florida Law Center Association |
| 3. + | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | Teaching Course - Trial Advocacy, Spring and Fall Semester, University of Florida |
| 2. 2006 | State of Florida Retirement Benefits |
| 3. 2006 | American Fund-IRA |

FINANCIAL DISCLOSURE OFFICE 2007 MAY 15 A 9: 25 RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | University of Florida Law School, Teaching Salary | $ 24,780 |
| 2. 2006 | State of Florida Retirement Income | $ 62,647 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | George Mason University Law & Economics Center | June 1-4, Monterey, CA; Seminar: Lincoln as President (travel, food and housing) |
| 2. | The Florida Bar Association | June 22, Boca Raton, FL; Federal Judicial Roundtable (travel, food and housing) |
| 3. | Federal Bar Association of Cincinnati | September 21-24; Cincinnati, OH; Just the Beginning Foundation Conference (travel, food and housing) |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MICKLE, STEPHAN P | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State of Florida Retirement | F | | N | T | | | | | |
| 2. Nuveen-FL Municipal Bond | | None | J | T | | | | | |
| 3. Templeton (IRA)-Templeton World Fund | | None | K | T | | | | | |
| 4. Corts IBM Trust | | None | J | T | transfer | 2/28 | | | Rollover to line 5 |
| 5. C.D. - Western Bank | | None | J | T | | 2/28 | | | |
| 6. Property, Camden, SC | | None | J | W | | | | | |
| 7. ███████ ███████ | | None | J | T | | | | | |
| 8. John Hancock f/k/a Manulife | | None | M | T | | | | | |
| 9. IRA 2 - American Capital Income Builder | | None | K | T | | | | | |
| 10. IRA 2 - Income Fund of America | | None | K | T | | | | | |
| 11. American Skandia Apex | | None | L | T | | | | | |
| 12. Rental Property, Gainesville, FL | D | Rent | L | W | | | | | |
| 13. IRA 1 - American Balance Fund | | None | N | T | | | | | |
| 14. IRA 1 -American Capital Income Builder | | None | N | T | | | | | |
| 15. IRA I -Income Fund of America | | None | N | T | | | | | |
| 16. Oppelheimer Real Asset Fund | | None | K | T | | | | | |
| 17. IRA 2- American Balance Fund | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MICKLE, STEPHAN P | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | None | | | | | | | |
| 19. | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MICKLE, STEPHAN P | 05/08/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ Date 5/8/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544